UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Elijah Laman Mercer Jr.**                               Docket No. 4:14-CR-77-1BO

**Petition for Action on Supervised Release**

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Elijah Laman Mercer Jr., who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), 21 U.S.C. § 841 (a)(1), and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 14, 2015, to the custody of the Bureau of Prisons for a term of one year and one day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Elijah Laman Mercer Jr. was released from custody on June 25, 2017, at which time the term of supervised release commenced.

On August 17, 2017, case was reassigned to U. S. District Judge Terrence W. Boyle.

On August 21, 2017, a DROPS Sanction Report to the Court was submitted advising that Mercer tested positive for cocaine use on July 17, 2017. The defendant was enrolled in substance abuse treatment at Straight Walk Family Services, and he was required to complete a 2-day jail sanction.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 18, 2017, Mercer was arrested and charged with the offenses of Misdemeanor Assault on a Female, Misdemeanor Assault with a Deadly Weapon, and Misdemeanor Assault Inflict Serious Injury (17CR52983) in Rocky Mount, North Carolina, following a domestic dispute with his ex-girlfriend, Kaaszha Anderson. On November 20, 2017, the defendant was released on a $500 secured bond, and the charges remain pending in Edgecombe County District Court. In response to this violation, we are recommending that the defendant obtain an anger management assessment and participate in treatment as recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall obtain an anger management assessment from an appropriate mental health facility within (30) days from the date of this judgment and complete any prescribed treatment.

Except as herein modified, the judgment shall remain in full force and effect.

Elijah Laman Mercer Jr.
Docket No. 4:14-CR-77-1BO
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: December 13, 2017

### ORDER OF THE COURT

Considered and ordered this __14__ day of __December__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge